### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL ANDREW JOHNSON**                                        **PLAINTIFF**
**ADC #110504**

**v.**                          **Case No. 4:20-cv-00806-KGB-JTR**

**Wendy Kelley, Director,**                                        **DEFENDANT**
**Arkansas Department of Correction,** *et al.*

### ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5). Plaintiff Michael Andrew Johnson filed an objection to the Recommended Disposition (Dkt. No. 6). Also before the Court is Mr. Johnson's motion for leave to proceed *in forma pauperis*, motion for status, motion to appoint counsel, motion to dismiss, motion for status update and notice of filing of medical records, motion for status, and motion for copies (Dkt. Nos. 2, 8, 11, 18, 19, 20, 21). After a review of the Recommended Disposition and Mr. Johnson's objection, as well as a *de novo* review of the record, the Court adopts the Recommended Disposition in its entirety (Dkt. No. 5). The Court dismisses without prejudice Mr. Johnson's claims as a duplicative action. The Court denies as moot Mr. Johnson's motion for leave to proceed *in forma pauperis* (Dkt. No. 2). The Court grants Mr. Johnson's motions for status update (Dkt. Nos. 8, 19, 20), and the Court denies as moot Mr. Johnson's motion to appoint counsel and motions to dismiss (Dkt. Nos. 11, 18). The Court grants in part and denies in part Mr. Johnson's motion for copies and instructs the Clerk to forward Mr. Johnson a copy of his docket sheet in this case (Dkt. No. 21).

The Court writes separately to address Mr. Johnson's objection. Judge Ray recommends dismissing Mr. Johnson's complaint because it raises claims that are duplicative of those pending

in *Johnson v. Kelley*, Case No. 5:19cv00242-BRW-JJV (E.D. Ark.) (Dkt. No. 5, at 2-3).  In his objection, Mr. Johnson states that he is seeking additional damages that were not included when he filed his other action in 2019, asks this Court to add his new damages claims to his pending 2019 case, and states that he does not want to amend his complaint (Dkt. No. 6, at 1).  The Court overrules these objections; Mr. Johnson's claims here are still duplicative of his other lawsuit pending in this district.  If Mr. Johnson would like to amend his complaint to seek additional damages, he may seek leave to file an amended complaint in his 2019 case and pursue the requested relief there.

It is therefore ordered that:

1.    The Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray is adopted in its entirety (Dkt. No. 5);

2.    The Court overrules Mr. Johnson's objections (Dkt. No. 6);

3.    Mr. Johnson's complaint is dismissed without prejudice as a duplicative action (Dkt. No. 3);

4.    The Court denies as moot Mr. Johnson's motion for leave to proceed *in forma pauperis* (Dkt. No. 2);

5.    The Court grants Mr. Johnson's motions for status updates (Dkt. Nos. 8, 19, 20);

6.    The Court denies as moot Mr. Johnson's motion to appoint counsel and motion to dismiss (Dkt. Nos. 11, 18);

7.    The Court grants in part and denies in part Mr. Johnson's motion for copies and instructs the Clerk to forward Mr. Johnson a copy of his docket sheet in this case (Dkt. No. 21); and

8.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order or the accompanying Judgment would not be taken in good

faith.

It is so ordered this 21st day of October, 2020.

Kristine G. Baker
United States District Judge