# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL ANDREW JOHNSON**                                                    **PLAINTIFF**
**ADC #110504**

**v.**                    **Case No. 4:20-cv-00806-KGB-JTR**

**Wendy Kelley, Director,**                                                   **DEFENDANT**
**Arkansas Department of Correction,** *et al.*

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Michael Andrew Johnson's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 21st day of October, 2020.

_____
Kristine G. Baker
United States District Judge